**W. H. Collins Ice Cream Company and Isidore Wine-berg, Appellants, v. Morris Talmage et al., Appellees.**

**Gen. No. 23,608.   (Not to be reported in full.)**

Appeal from the Superior Court of Cook county; the Hon. DENIS E. SULLIVAN, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded with directions. Opinion filed April 29, 1918. Rehearing denied May 13, 1918.

### Statement of the Case.

Creditors' bill by W. H. Collins Ice Cream Company, a corporation, and Isidore Wineberg, complainants, against Morris Talmage, Joseph A. Hottinger and Mary E. O'Connell, defendants, to enforce judgments against defendants. From a judgment dismissing the bill for want of equity, complainants appeal.

GEORGE W. BROWN, for appellants.

RICHARD I. GAVIN, for appellees.

MR. JUSTICE McSURELY delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. CHATTEL MORTGAGES, § 128*—*when after-acquired goods not covered.* A chattel mortgage on a stock of goods and store fixtures which contains no words providing that the mortgagee shall have any lien on after-acquired goods and fixtures does not cover goods and fixtures thereafter purchased.

2. CHATTEL MORTGAGES, § 265*—*what is insufficient posting of notices of sale.* The statutory provision (J. & A. ¶ 7603) requiring the posting of notices of a sale under a chattel mortgage is not complied with by the posting on the building of notices which, by agreement between the mortgagor and mortgagee, are immediately torn down by the former.

3. FRAUDULENT CONVEYANCES—*when sale under chattel mortgage fraudulent as to creditors.* Where property worth more than $3,000 is sold at a chattel mortgage sale, statutory notice of which had not been given, for $950 to a dummy acting for the mortgagee, such sale is fraudulent and invalid as to creditors and the mortgagee holds the property in trust for their benefit.